**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DIS Transportation, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0450166** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3636 East Paris Ave., SE** **Grand Rapids, MI 49512** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kent** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **N/A** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **DIS Transportation, LLC**                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4122**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **DIS Express, LLC** | Relationship | **Affiliated Company** |
|---|---|---|---|---|
| | District | **Western District of Michigan** | When | **10/26/20** | Case number, if known |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor   **DIS Transportation, LLC**
Name

Case number (*if known*)

Debtor  **DIS Transportation, LLC**
_____     Case number (_if known_) _____
Name

**11.  Why is the case filed in**      _Check all that apply:_
    **this district?**

    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ **No**
    **have possession of any**      ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**

    **Why does the property need immediate attention?** (_Check all that apply._)

    ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐  It needs to be physically secured or protected from the weather.

    ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**  _____
                             Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ **No**
    ☐ **Yes.**  Insurance agency  _____
               Contact name  _____
               Phone  _____

   ■    **Statistical and administrative information**

**13.  Debtor's estimation of**      .      _Check one:_
    **available funds**

    ■  Funds will be available for distribution to unsecured creditors.

    ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**      ■ 1-49                     ☐ 1,000-5,000             ☐ 25,001-50,000
    **creditors**      ☐ 50-99                    ☐ 5001-10,000             ☐ 50,001-100,000
               ☐ 100-199                  ☐ 10,001-25,000           ☐ More than100,000
               ☐ 200-999

**15.  Estimated Assets**      ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
    ■ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**      ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ■ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **DIS Transportation, LLC**                                              Case number (*if known*) _____
         _____
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 10, 2020**
              _____
              MM / DD / YYYY

**X** **/s/ Mladen Tepic**                                    **Mladen Tepic**
_____               _____
Signature of authorized representative of debtor         Printed name

Title   **President**
        _____

**18. Signature of attorney**

**X** **/s/ Steven M. Bylenga**                   Date **November 10, 2020**
_____               _____
Signature of attorney for debtor                          MM / DD / YYYY

**Steven M. Bylenga P73492**
_____
Printed name

**Chase Bylenga Hulst, PLLC.**
_____
Firm name

**25 Division Avenue S.**
**Suite 500**
**Grand Rapids, MI 49503**
_____
Number, Street, City, State & ZIP Code

Contact phone   **616-608-3061**        Email address   **nikki@chasebylenga.com**

**P73492 MI**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **DIS Transportation, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __November 10, 2020__          X */s/ Mladen Tepic*
                                            Signature of individual signing on behalf of debtor

                                            **Mladen Tepic**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

---

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **DIS Transportation, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO Harris Bank, N.A. 3925 Fountains Blvd. NE Cedar Rapids, IA 52411** | | **Freightliner Semi Truck VIN 1FUJGLDR3CSBF 2509** | | **$12,106.40** | **$7,500.00** | **$4,606.40** |
| **Conlan Tire Co. 12225 Stephens Rd. Warren, MI 48089** | | **Business Debt** | | | | **$4,121.02** |
| **CSM Financial, LLC 5100 Eastpark Blvd Ste. 210 Madison, WI 53718** | | **Kenworth Semi Trucks VIN 1XKAD48X3DJ346 981 VIN 1XKAD48X6DJ346 968** | | **$41,690.21** | **$36,000.00** | **$5,690.21** |
| **Direct Capital 155 Commerce Way Portsmouth, NH 03801** | | **Peterbilt Semi Truck VIN 1XP7DB9X47D684 373** | | **$14,607.20** | **$9,000.00** | **$5,607.20** |
| **Direct Capital 155 Commerce Way Portsmouth, NH 03801** | | **Business Debt** | | | | **$45,508.19** |
| **Direct Capital 155 Commerce Way Portsmouth, NH 03801** | | **Peterbilt Semi Truck VIN 1XP7DB9X77D684 318** | | **$20,611.86** | **$9,000.00** | **$11,611.86** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **DIS Transportation, LLC** | | Case number *(if known)* | | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Financial Pacific Leasing Inc. 3455 S. 344th Way Ste. 300 Auburn, WA 98001 | | Peterbilt Semi Trucks VIN 1XP7DB9X47D665 144 VIN 1XP7DB9X57D665 184 | | $57,803.51 | $10,000.00 | $47,803.51 |
| First Community Bank 4455 Cascade Rd. SE Grand Rapids, MI 49546-6000 | | Freightliner (VIN 1FUJA6CK94LM03 201) Kenworth Semi Truck (VIN 1XKADB9X07J158 495) Kenworth Semi Truck (VIN 1XKAD49X22J892 981) Kenworth Semi Truck (V | | $51,593.31 | $48,000.00 | $3,593.31 |
| Huntington Bank Attn: GW1W34 5555 Cleveland Ave Columbus, OH 43231 | | Freightliner Semi Truck VIN 1FUJGLBG4CSBM 9969 | Unliquidated | $11,137.51 | $7,500.00 | $3,637.51 |
| Huntington Bank Attn.: GW1W34 5555 Cleveland Ave Columbus, OH 43231 | | Freightliner Semi Truck VIN 1FUJGLBG6CSBM 8167 | | $16,003.11 | $6,900.00 | $9,103.11 |
| M6 Truck & Trailer Repair 3636 East Paris Ave., SE Grand Rapids, MI 49512 | | Business Debt | | | | $89,663.16 |
| McCarthy, Burgess & Wolff 26000 Cannon Rd. Bedford, OH 44146 | | Business Debt | | | | $8,825.11 |
| New York State Department of Taxation and Fin c/o NYS Assessment Receivables Binghamton, NY 13902-4127 | | Tax Debt | | | | $2,000.00 |
| PNC Bank PO Box 856177 Louisville, KY 40285-6177 | | Business Debt | | | | $99,810.15 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **DIS Transportation, LLC**　　　　　　　　　　　　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Progressive Insurance c/o NCO Financial / 99 PO Box 15636 Wilmington, DE 19850** | | **Business Debt** | **Contingent Unliquidated** | | | **$2,699.87** |
| **Quality Leasing 9830 Bauer Dr. Indianapolis, IN 46280** | | **Volvo Semi Truck VIN 4V4NC9TH7CN565 843** | | **$23,893.64** | **$6,000.00** | **$17,893.64** |
| **Quality Leasing 9830 Bauer Dr. Indianapolis, IN 46280** | | **Volvo Semi Truck VIN 4V4NC9THXCN55 4015** | | **$23,893.64** | **$7,000.00** | **$16,893.64** |
| **State Spring Alignment 7349 Division Ave., S Grand Rapids, MI 49548** | | **Business Debt** | | | | **$3,082.49** |
| **Team Financial Group 650 Three Mile Road Suite 200 Grand Rapids, MI 49544** | | **Freightliner Semi Truck VIN 1FUJA6CK17LY37 908 VIN 1FUJA6CKX6LV58 892** | | **$32,265.53** | **$10,000.00** | **$22,265.53** |
| **The Goodyear Tire 1228 Ingle Rd. Wayland, MI 49348** | | **Business Debt** | | | | **$4,295.23** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **DIS Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................    $    **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...........................................................    $    **392,311.94**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................    $    **392,311.94**

---

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **306,436.16**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **2,400.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **259,696.01**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b    $    **568,532.17**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    **DIS Transportation, LLC** |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$50.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking Account ending 7111 PNC Bank Funds include cash reserves of $5,701.49 required for factoring agreement.** | Checking | 7111 | $30,609.94 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Cash Reserve through Debtor's Factoring Company** | | $0.00 |

5. **Total of Part 1.**                                                                          $30,659.94
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

Debtor    **DIS Transportation, LLC**
Name                                                        Case number *(If known)*

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____**0.00**    -    _____**0.00**    = ....    _____**$0.00**
                              face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

       | **$0.00** |
       | --- |

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture** **Miscellaneous Office Furniture: 7 Tables ($500); 7 File Cabinets ($350); 7 Garbage Cans ($70);  3 TVs ($300);** | $0.00 | Liquidation | $920.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Quickbooks Software License/Lease ($1); 8 Computers ($950); 2 Fax Machines ($300); 2 Scanners ($200); 8 Monitors ($400);** | $1.00 | N/A | $1,951.00 |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

Debtor      **DIS Transportation, LLC**                                Case number *(If known)*  _____
              Name

| | |
|---|---|
| 43. | **Total of Part 7.** |
| | Add lines 39 through 42.  Copy the total to line 86. |

$2,871.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Attached Exhibit for Schedule of Semi-Trucks and Trailers** | $0.00 | Comparable sale | $243,900.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Miscellaneous Warehouse Machinery: See Attached.** | $0.00 | Liquidation | $4,880.00 |

| | |
|---|---|
| 51. | **Total of Part 8.** |
| | Add lines 47 through 50.  Copy the total to line 87. |

$248,780.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor __DIS Transportation, LLC__                Case number *(If known)* _____
      Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Accumulated Goodwill of Debtor-In-Possession** | $1.00 | N/A | $1.00 |

| | |
|---|---|
| 66. **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $1.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ■ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **Net Operating Loss**        Tax year 2019 | $0.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **DIS Transportation, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Loan to Related Party** | **$110,000.00** |

| Nature of claim | **Loan** |
|---|---|
| Amount requested | **$110,000.00** |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$110,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor    **DIS Transportation, LLC**        Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,659.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,871.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $248,780.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $110,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $392,311.94 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $392,311.94 |

# Aging

| Debtor Name Customer | Balance | 1-30 | 31-45 | 46-60 | 61-90 | 91-Up |
|---|---|---|---|---|---|---|
| Customer | Balance | 1-30 | 31-45 | 46-60 | 61-90 | 91-Up |
| AM TRANS EXPEDITE INC () | $ 1,200.00 | $ 1,200.00 | -- | -- | -- | -- |
| AMX LOGISTICS () | $ 2,800.00 | $ 2,800.00 | -- | -- | -- | -- |
| BLUE LOGISTICS LLC () | $ 1,700.00 | $ 1,700.00 | -- | -- | -- | -- |
| C.A.T. GLOBAL INC () | $ 1,650.00 | $ 1,650.00 | -- | -- | -- | -- |
| CH ROBINSON () | $ 14,080.00 | $ 12,080.00 | $ 2,000.00 | -- | -- | -- |
| E SHIPPING () | $ 2,450.00 | $ 2,450.00 | -- | -- | -- | -- |
| EVANS TRANSPORTATION SERVICES,INC () | $ 2,900.00 | $ 2,900.00 | -- | -- | -- | -- |
| FIFTH WHEEL FREIGHT () | $ 1,600.00 | $ 800.00 | $ 800.00 | -- | -- | -- |
| FLS TRANSPORTATION SERVICES LIMIITED () | $ 1,200.00 | -- | $ 1,200.00 | -- | -- | -- |
| GLOBAL TRANSPORT LOGISTICS, INC. () | $ 2,600.00 | -- | $ 2,600.00 | -- | -- | -- |
| GTI USA INC. () | $ 2,400.00 | $ 2,400.00 | -- | -- | -- | -- |
| MAJESTIC TRANSPORTATION () | $ 1,800.00 | $ 1,800.00 | -- | -- | -- | -- |
| MCLEOD LOGISTICS, LLC () | $ 1,300.00 | $ 1,300.00 | -- | -- | -- | -- |
| MEADOW LARK AGENCY , INC () | $ 1,000.00 | $ 1,000.00 | -- | -- | -- | -- |
| NFI LOGISTICS LLC () | $ 1,900.00 | $ 1,900.00 | -- | -- | -- | -- |
| PEPSI LOGISTICS COMPANY INC () | $ 900.00 | -- | -- | -- | $ 900.00 | -- |
| RMZ LOGISTICS SOLUTIONS INC () | $ 550.00 | $ 550.00 | -- | -- | -- | -- |
| Schneider Brokerage (SL loads) () | $ 2,000.00 | -- | $ 2,000.00 | -- | -- | -- |
| SUNTECK TRANSPORT CO () | $ 4,450.00 | $ 3,450.00 | $ 1,000.00 | -- | -- | -- |
| TREK FREIGHT SERVICES LLC () | $ 1,200.00 | $ 1,200.00 | -- | -- | -- | -- |
| UNIVERSAL TRAFFIC SERVICE INC (UTS) () | $ 1,287.00 | $ 1,287.00 | -- | -- | -- | -- |
| ZIP XPRESS INC () | $ 7,445.40 | $ 7,445.40 | -- | -- | -- | -- |
| **Items: 22** | **$ 58,412.40** | **$ 47,912.40** | **$ 9,600.00** | -- | **$ 900.00** | -- |
| **Items: 22** | **$ 58,412.40** | **$ 47,912.40** | **$ 9,600.00** | -- | **$ 900.00** | -- |

Copyright © 2016 Compass Logistics .

| SCHEDULE B. 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year** | **Make** | **Model** | **VIN** | | **Value** | **Mileage** | **Secured Creditor** |
| 2007 | Peterbilt | 387 | 1XP7DB9X47D665144 | $ | 5,000.00 | 1,187,407 | Pacific Financial Leasing, Inc. |
| 2007 | Peterbilt | 387 | 1XP7DB9X57D665184 | $ | 5,000.00 | 1,234,307 | Pacific Financial Leasing, Inc. |
| 2013 | Kenworth | 660 | 1XKAD48X6DJ346981 | $ | 18,000.00 | 702,000 | CSM Financial, LLC |
| 2013 | Kenworth | 660 | 1XKAD48X3DJ346968 | $ | 18,000.00 | 690,000 | CSM Financial, LLC |
| 2012 | Volvo | 670 | 4V4NC9TH7CN565843 | $ | 6,000.00 | 720,000 | Quality Leasing |
| 2012 | Volvo | 670 | 4V4NC9THXCN554015 | $ | 7,000.00 | 610,000 | Quality Leasing |
| 2007 | Peterbilt | | 1XP7DB9X77D684318 | $ | 7,000.00 | | Direct Capital |
| 2007 | Peterbilt | | 1XP7DB9X47D684373 | $ | 7,000.00 | | Direct Capital |
| 2012 | Freightliner | Cascadia | 1FUJGLDR3CSBF2509 | $ | 7,500.00 | 1,008,503 | BMO Harris Bank, N.A. |
| 2004 | Freightliner | | 1FUJA6CK94LM03201 | $ | 8,000.00 | | First Community Bank |
| 2007 | Kenworth | | 1XKADB9X07J158495 | $ | 20,000.00 | | First Community Bank |
| 2002 | Kenworth | | 1XKAD49X22J892981 | $ | 16,000.00 | | First Community Bank |
| 2007 | Kenworth | | 3WKADB9XO7F186169 | $ | 7,000.00 | | First Community Bank |
| 2007 | Freightliner | | 1FUJA6CK17LY37908 | $ | 5,000.00 | | Team Financial Group |
| 2006 | Freightliner | | 1FUJA6CKX6LV58892 | $ | 5,000.00 | | Team Financial Group |
| 2012 | Freightliner | Cascadia | 1FUJGLBG6CSBM8167 | $ | 6,900.00 | 940,000 | Huntington Bank |
| 2012 | Freightliner | Cascadia | 1FUJGLBG4CSBW9969 | $ | 7,500.00 | 806,000 | Huntington Bank |
| 2007 | Peterbilt | | 1XP7DB9X77D665123 | $ | 5,000.00 | | NA |
| 2005 | Volvo | | 4V4NC9GH55N389620 | $ | 3,000.00 | | NA |
| 2006 | Freightliner | | 1FUJBBCKL26LU96815 | $ | 4,000.00 | | NA |
| 2006 | Freightliner | | 1FUJA6CK86LW89481 | $ | 4,000.00 | | NA |
| 2007 | Peterbilt | | 1XP7DB9X87D665132 | $ | 7,000.00 | | NA |
| | | | | | | | |
| 2018 | Hyundai | Trailer | 3H3V532C9JR390018 | $ | 15,000.00 | | NA |
| 2018 | Hyundai | Trailer | 3H3V532C4JR240043 | $ | 15,000.00 | | NA |
| 2019 | Hyundai | Trailer | 3H3V532C6KR148059 | $ | 19,000.00 | | NA |
| 2015 | Transcraft | Trailer | 1TTF532A9F3872739 | $ | 15,000.00 | | Team Financial Group |
| 1995 | Great Dane | Trailer | 1GRAA0622SB157116 | $ | 500.00 | | NA |
| 1990 | Great Dane | Trailer | 1GRAA9625LC002808 | $ | 500.00 | | NA |
| | | | | | | | |
| | | | | | $ 243,900.00 | | |

| SCHEDULE B. 50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT | | |
| --- | --- | --- |
| | | |
| **Dis Transportation Tools & Equipment** | **Pcs** | **Value** |
| | | |
| Hi-Lo Forklift | 1 | $ 600.00 |
| Wheel barrel carts | 2 | $ 30.00 |
| Metal Shelving | 3 | $ 90.00 |
| Banding cart | 1 | $ 50.00 |
| Load locks | 20 | $ 250.00 |
| Oil drain cart | 1 | $ 70.00 |
| Steel work bench | 2 | $ 90.00 |
| Work Station bench | 1 | $ 100.00 |
| Storage Cabinet | 3 | $ 150.00 |
| Locker Compartments | 2 | $ 120.00 |
| Vertical Storage Racks | 1 | $ 100.00 |
| Shop Carts Rubermaid | 1 | $ 50.00 |
| Air Hose with reel | 2 | $ 110.00 |
| Transmition Jack | 2 | $ 250.00 |
| Mechanic tools | NA | $ 900.00 |
| Large portable fan | 1 | $ 100.00 |
| Battery Charger | 1 | $ 150.00 |
| Bench Grinder | 1 | $ 80.00 |
| Plate shear | 1 | $ 90.00 |
| Tap & Die set | 1 | $ 40.00 |
| Greace pump | 1 | $ 150.00 |
| Jack Stands | 2 | $ 100.00 |
| Air Gauges | 5 | $ 100.00 |
| Shop carts heavy duty | 2 | $ 100.00 |
| Diesel Tank | 1 | $ 300.00 |
| Oil waste containers | 4 | $ 200.00 |
| Pallet racking uprights | 22 | $ 300.00 |
| Heavy duty metal shelving | 1 | $ 150.00 |
| Bench vice | 1 | $ 60.00 |
| | | |
| TOTAL | | $ 4,880.00 |

**Fill in this information to identify the case:**

Debtor name    **DIS Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  BMO Harris Bank, N.A.**<br>Creditor's Name<br><br>**3925 Fountains Blvd. NE**<br>**Cedar Rapids, IA 52411**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**06/29/2017**<br>**Last 4 digits of account number**<br>**2001**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Freightliner Semi Truck**<br>**VIN 1FUJGLDR3CSBF2509**<br><br><br>Describe the lien<br>**Auto Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,106.40** | **$7,500.00** |
| **2.2  Compass Funding Solutions**<br>Creditor's Name<br>**115 55th St.**<br>**Ste. 301**<br>**Clarendon Hills, IL 60514**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**04/2019**<br>**Last 4 digits of account number**<br>**4295**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**All Assets**<br><br><br>Describe the lien<br>**Factoring**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **DIS Transportation, LLC**                                        Case number (if known) _____
_____
Name

☑ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
   including this creditor and its
☐ Disputed
   relative
   priority.

---

| 2.3 | **CSM Financial, LLC** | **Describe debtor's property that is subject to a lien** | $41,690.21 | $36,000.00 |
|---|---|---|---|---|

Creditor's Name

**5100 Eastpark Blvd**
**Ste. 210**
**Madison, WI 53718**

Creditor's mailing address

**Kenworth Semi Trucks**
**VIN 1XKAD48X3DJ346981**
**VIN 1XKAD48X6DJ346968**

**Describe the lien**

**Auto Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/24/17**

**Last 4 digits of account number**

**6968**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Direct Capital** | **Describe debtor's property that is subject to a lien** | $14,607.20 | $9,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**Peterbilt Semi Truck**
**VIN 1XP7DB9X47D684373**

**Describe the lien**

**Auto Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**05/17/18**

**Last 4 digits of account number**

**2605**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Direct Capital** | **Describe debtor's property that is subject to a lien** | $20,611.86 | $9,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**Peterbilt Semi Truck**
**VIN 1XP7DB9X77D684318**

**Describe the lien**

**Auto Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor  **DIS Transportation, LLC**

Case number (if known)

Name

|  | |
|---|---|
| **Date debt was incurred** | Is anyone else liable on this claim? |
| **08/31/2018** | ☐ No |
| **Last 4 digits of account number** | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **2219** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Financial Pacific Leasing Inc.** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $57,803.51 | $10,000.00 |

**Financial Pacific Leasing Inc.**
Creditor's Name

**3455 S. 344th Way
Ste. 300
Auburn, WA 98001**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Peterbilt Semi Trucks
VIN 1XP7DB9X47D665144
VIN 1XP7DB9X57D665184**

$57,803.51          $10,000.00

**Describe the lien**
**Auto Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/16/2018**

**Last 4 digits of account number**
**5301**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **First Community Bank** | | |
|---|---|---|---|

**First Community Bank**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Freightliner (VIN 1FUJA6CK94LM03201)
Kenworth Semi Truck (VIN 1XKADB9X07J158495)
Kenworth Semi Truck (VIN 1XKAD49X22J892981)
Kenworth Semi Truck (VIN 3WKADB9XO7F186169)**

$51,593.31          $48,000.00

**4455 Cascade Rd. SE
Grand Rapids, MI
49546-6000**
Creditor's mailing address

**Describe the lien**
**Auto Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/29/2018**

**Last 4 digits of account number**
**2613**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **DIS Transportation, LLC**
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Huntington Bank** | | $11,137.51 | $7,500.00 |

Creditor's Name

**Attn: GW1W34
5555 Cleveland Ave
Columbus, OH 43231**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Freightliner Semi Truck
VIN 1FUJGLBG4CSBM9969**

Describe the lien
**Auto Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/16/2016**
Last 4 digits of account number
**5334**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Huntington Bank** | | $16,003.11 | $6,900.00 |

Creditor's Name

**Attn.: GW1W34
5555 Cleveland Ave
Columbus, OH 43231**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Freightliner Semi Truck
VIN 1FUJGLBG6CSBM8167**

Describe the lien
**Auto Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/19/2015**
Last 4 digits of account number
**5326**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **NEC Financial Services** | | $830.24 | $1.00 |

Creditor's Name

**24189 Network Place
Chicago, IL 60673-1241**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Phone System**

Describe the lien
**Common Law Lien**

Is the creditor an insider or related party?
■ No

---

Debtor     **DIS Transportation, LLC**                                              Case number (if known) _____
_____
           Name

---

Creditor's email address, if known          ☐ Yes
_____                     **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**09/2020**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1320**
**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 1 | **Quality Leasing** | **Describe debtor's property that is subject to a lien** | $23,893.64 | $6,000.00 |

Creditor's Name                             **Volvo Semi Truck**
                                            **VIN 4V4NC9TH7CN565843**
**9830 Bauer Dr.**
**Indianapolis, IN 46280**
Creditor's mailing address

                                            **Describe the lien**
                                            **Auto Lien**
                                            **Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**
**12/26/2018**                              ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**9091**
**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 2 | **Quality Leasing** | **Describe debtor's property that is subject to a lien** | $23,893.64 | $7,000.00 |

Creditor's Name                             **Volvo Semi Truck**
                                            **VIN 4V4NC9THXCN554015**
**9830 Bauer Dr.**
**Indianapolis, IN 46280**
Creditor's mailing address

                                            **Describe the lien**
                                            **Auto Lien**
                                            **Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**
**12/26/2018**                              ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**9092**
**Do multiple creditors have an             **As of the petition filing date, the claim is:**
interest in the same property?**            Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

Debtor    **DIS Transportation, LLC**                                    Case number (if known)
                 Name

| 2.1 3 | **Team Financial Group** | Describe debtor's property that is subject to a lien | $32,265.53 | $10,000.00 |

Creditor's Name

**650 Three Mile Road
Suite 200
Grand Rapids, MI 49544**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Freightliner Semi Truck
VIN 1FUJA6CK17LY37908
VIN 1FUJA6CKX6LV58892**

**Describe the lien**

**Auto Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**02/13/2019**

**Last 4 digits of account number**

**1792**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $306,436.16 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CIT Bank, N.A.
Attn: Brian Knox
155 Commerce Way
Portsmouth, NH 03081** | Line **2.4** | |
| **CIT Bank, N.A.
Attn: Brian Knox
155 Commerce Way
Portsmouth, NH 03081** | Line **2.5** | |

**Fill in this information to identify the case:**

Debtor name    **DIS Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** | **$100.00** |
|---|---|---|---|---|

**Amra Tepic**
**2237 Tradition Dr., NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee wages**

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Frank Coutaluno**
**2565 River Rd**
**Twin Lake, MI 49457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2020**

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number **NA**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    44293    Best Case Bankruptcy

Debtor    **DIS Transportation, LLC**
_____     Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**NA** | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number **0166**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Juan Ortega**<br>**3412 6th St SW**<br>**Lehigh Acres, FL 33976** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**October 2020** | Basis for the claim:<br>**Current (For Notice Only)** | | |
| | Last 4 digits of account number **NA**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**MI Department of Treasury**<br>**PO Box 30199**<br>**Lansing, MI 48909** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**NA** | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number **0166**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**New York State**<br>**Department of Taxation and Fin**<br>**c/o NYS Assessment Receivables**<br>**Binghamton, NY 13902-4127** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/2020** | Basis for the claim:<br>**Tax Debt** | | |
| | Last 4 digits of account number **0166**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **DIS Transportation, LLC**                                        Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |

**2.7**
Priority creditor's name and mailing address
**Safet Hubljar**
**4721 Eastern Ave SE**
**Kentwood, MI 49508-7537**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00   $100.00

Date or dates debt was incurred
**October 2020**

Basis for the claim:
**Employee wages**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8**
Priority creditor's name and mailing address
**Salko Adanalic**
**3302 Pine Meadow Dr SE**
**Kentwood, MI 49512**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred
**October 2020**

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9**
Priority creditor's name and mailing address
**Zarko Simic**
**1485 Penncross Dr**
**Caledonia, MI 49316**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00   $200.00

Date or dates debt was incurred
**October 2020**

Basis for the claim:
**Employee wages**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |

**3.1**
Nonpriority creditor's name and mailing address
**Best-One Fleet Service**
**1101 73rd St., SW**
**Byron Center, MI 49315**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,472.79

Date(s) debt was incurred  06/2019 - 08/2020

Basis for the claim:  **Business Debt**

Last 4 digits of account number  NA

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**
Nonpriority creditor's name and mailing address
**Comcast**
**41112 Concept Dr**
**Plymouth, MI 48170**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred  11/2020

Basis for the claim:  **Utility - For Notice Purposes Only**

Last 4 digits of account number  NA

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **DIS Transportation, LLC**
_____    Case number (if known) _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,121.02 |
|---|---|---|---|

**Conlan Tire Co.**
**12225 Stephens Rd.**
**Warren, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2019 - 03/2020**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Consumers Energy**
**Bankruptcy Dept.**
**4600 Coolidge Hwy**
**Royal Oak, MI 48073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2020**

Basis for the claim:  **Utility - For Notice Purposes Only**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,508.19 |
|---|---|---|---|

**Direct Capital**
**155 Commerce Way**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/25/2019**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **8099**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DTE Energy**
**3200 Hobson St**
**Detroit, MI 48201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2020**

Basis for the claim:  **Utility - For Notice Purposes Only**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.00 |
|---|---|---|---|

**Gale Plumbing & Hydronics, Inc**
**2945 Hillcroft Ave SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2019**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **8655**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,663.16 |
|---|---|---|---|

**M6 Truck & Trailer Repair**
**3636 East Paris Ave., SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Multiple**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,825.11 |
|---|---|---|---|

**McCarthy, Burgess & Wolff**
**26000 Cannon Rd.**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **7366**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **DIS Transportation, LLC**
_____    Case number *(if known)* _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,810.15** |
|---|---|---|---|

**PNC Bank**
**PO Box 856177**
**Louisville, KY 40285-6177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NA__

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,699.87** |
|---|---|---|---|

**Progressive Insurance**
**c/o NCO Financial / 99**
**PO Box 15636**
**Wilmington, DE 19850**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/2019__

Last 4 digits of account number __37GC__

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,082.49** |
|---|---|---|---|

**State Spring Alignment**
**7349 Division Ave., S**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2020__

Last 4 digits of account number __7500__

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,295.23** |
|---|---|---|---|

**The Goodyear Tire**
**1228 Ingle Rd.**
**Wayland, MI 49348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/2020 - 05/2020__

Last 4 digits of account number __5208__

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **62B Judicial District Court**<br>**4740 Walma Ave SE**<br>**Case No. 20-5437-GC**<br>**Grand Rapids, MI 49512** | Line __3.11__<br><br>☐ Not listed. Explain ____ | __37GC__ |
| 4.2 | **CIT Bank, N.A.**<br>**Attn: Brian Knox**<br>**155 Commerce Way**<br>**Portsmouth, NH 03081** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michigan Attorney General**<br>**Attn: Mike Bell**<br>**PO Box 30212**<br>**Lansing, MI 48909** | Line __2.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Sprint Solutions, Inc.**<br>**12524 Sunrise Valley Dr**<br>**Reston, VA 20191-3438** | Line __3.9__<br><br>☐ Not listed. Explain ____ | __8027__ |

| Debtor | **DIS Transportation, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **US Attorney's Office**<br>**Attn: Donna Justice**<br>**330 Ionia Ave NW Suite 501**<br>**Grand Rapids, MI 49503** | Line  **2.3**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Weltman, Weinberg & Reis**<br>**2155 Butterfield Dr**<br>**Suite 200-S**<br>**Troy, MI 48084** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | **37GC** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,400.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 259,696.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 262,096.01 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DIS Transportation, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **Agreement of Exchange of Services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **DIS Express, LLC**<br>**3636 East Paris Ave.**<br>**Grand Rapids, MI 49512** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — **Month to month commercial property rental agreement.**<br><br>State the term remaining — **Month to Month**<br><br>List the contract number of any government contract | **DIS Real Estate, LLC**<br>**3636 East Paris Ave.**<br>**Grand Rapids, MI 49512** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest — **AOBRD Fleet Solution Data, Service, and Support Software**<br><br>State the term remaining<br><br>List the contract number of any government contract | **M2M in Motion Inc.**<br>**1920 S. Highland Ave.**<br>**Ste. 120**<br>**Lombard, IL 60148** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest — **Trailer Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Prime Leasing**<br>**3705 Linden Ave., SE**<br>**Grand Rapids, MI 49548** |

Debtor 1   **DIS Transportation, LLC**                                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**   State what the contract or lease is for and the nature of the debtor's interest — **Opened Cell Phone**

State the term remaining

List the contract number of any government contract

**Verizon
PO Box 489
Newark, NJ 07101-0489**

---

**2.6.**   State what the contract or lease is for and the nature of the debtor's interest — **Liability Insurance Coverage on Semi-Trucks (MI No Fault, Non-Trucking, Scheduled Auto)**

State the term remaining — **12 months**

List the contract number of any government contract

**Zurich American Insurance Comp
c/o The Campbell Group
6307 84th St., SE
Caledonia, MI 49316**

---

**Fill in this information to identify the case:**

Debtor name      **DIS Transportation, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Amra Tepic** | **2237 Tradition Dr., NE** **Grand Rapids, MI 49505** | **BMO Harris Bank, N.A.** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Amra Tepic** | **2237 Tradition Dr. NE** **Grand Rapids, MI 49505** | **First Community Bank** | ■ D  __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Amra Tepic** | **2237 Tradition Dr., NE** **Grand Rapids, MI 49505** | **CSM Financial, LLC** | ■ D  __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Amra Tepic** | **2237 Tradition Dr., NE** **Grand Rapids, MI 49505** | **Direct Capital** | ■ D  __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.5 | **Amra Tepic** | **Grand Rapids, MI 49505** | **Financial Pacific Leasing Inc.** | ■ D  __2.6__ ☐ E/F ____ ☐ G ____ |

Debtor    **DIS Transportation, LLC**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Amra Tepic** <br> 2237 Tradition Dr., NE <br> Grand Rapids, MI 49505 | **Direct Capital** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Amra Tepic** <br> 2237 Tradition Dr., NE <br> Grand Rapids, MI 49505 | **Quality Leasing** | ■ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Amra Tepic** <br> 2237 Tradition Dr., NE <br> Grand Rapids, MI 49505 | **Quality Leasing** | ■ D __2.12__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **Amra Tepic** <br> 2237 Tradition Dr., NE <br> Grand Rapids, MI 49505 | **Team Financial Group** | ■ D __2.13__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **DIS Real Estate LLC** <br> 3636 East Paris Ave., SE <br> Grand Rapids, MI 49512 | **First Community Bank** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **DIS Transportation, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | **$1,395,596.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>☐ Other _____ | **$6,521,508.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>☐ Other _____ | **$8,493,101.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   |  |  |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **DIS Transportation, LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **M6 Truck and Trailer Repair, Inc**<br>**3636 East Paris**<br>**Grand Rapids, MI 49512** | **07/10/2020,**<br>**10/6/2020** | **$18,506.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Payments to entity**<br>**owned by insiders for**<br>**ongoing/contemporaenous**<br>**reapirs to Debtor's vehicles.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **DIS Express, LLC**<br>**3636 East Paris Ave.**<br>**Grand Rapids, MI 49512**<br>**Subsidiary** | **Multiple** | **$0.00** | **Various payments between**<br>**entities.** |
| 4.2.    **Mladen Tepic** | | **$0.00** | |
| 4.3.    **M6 Truck and Trailer Repair, Inc**<br>**3636 East Paris**<br>**Grand Rapids, MI 49512**<br>**Owned by Insiders** | **Various over**<br>**prior year.** | **$0.00** | **Payments related to maitenence**<br>**and repair services for Debtor's**<br>**vehicles.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | **2007 Peterbilt Truck**<br>**VIN 1XP7DB9X77D684318** | **07/2020** | **$7,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor    **DIS Transportation, LLC**                                          Case number *(if known)*

☐ None.

|     | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Progressive Direct Insurance Company v. DIS Transportation**<br>**20-5437-GC** | **Civil** | **62B District Court**<br>**4740 Walma Ave. S.E.**<br>**Case No. 10-6538GC**<br>**Grand Rapids, MI 49512** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table><tr><td>Part 4:</td><td>Certain Gifts and Charitable Contributions</td></tr></table>

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

|     | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **Relatives of Sole Member** | **Debtor gifted $2,000.00 to Bosnian relatives of owners. The gift was made in relation to loss of income experienced by relatives from COVID-19.** | **September 2020** | **$2,000.00** |
|     | Recipients relationship to debtor<br>**Owner** | | | |

<table><tr><td>Part 5:</td><td>Certain Losses</td></tr></table>

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

<table><tr><td>Part 6:</td><td>Certain Payments or Transfers</td></tr></table>

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor    DIS Transportation, LLC _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Chase Bylenga Hulst, PLLC. 25 Division Avenue S. Suite 500 Grand Rapids, MI 49503 | $15,000.00 Retainer - $____ of earned fees prior to filing Chapter 11 for Debtor and payment of filing fees for Debtor and Debtor's affiliated entity DIS Express, LLC | Multiple | $13,300.00 |
| Email or website address nikki@chasebylenga.com | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Multiple (See Attached) See Attached | See Attached | Multiple | $0.00 |
| Relationship to debtor NA | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 3010 Shaffer Kentwood, MI 49512 | 2009 to 2018 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **DIS Transportation, LLC**                                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **DIS Transportation, LLC** _____    Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Doug Zandstra**<br>**29 Pearl St., NW**<br>**Suite 225**<br>**Grand Rapids, MI 49503** | **Multiple** |
| 26a.2. **Harrington and Kieft, LLC**<br>**c/o John Harrington**<br>**16916 Analon St.**<br>**Sand Lake, MI 49343** | **Multiple** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **DIS Transportation, LLC** _____    Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Harrington and Kieft, LLC**<br>**c/o John Harrington**<br>**16916 Analon St.**<br>**Sand Lake, MI 49343** | **2019, 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Doug Zandstra**<br>**29 Pearl St., NW**<br>**Suite 225**<br>**Grand Rapids, MI 49503** | **2019, 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Chase Bylenga Hulst, PLLC**<br>**25 Division S.**<br>**Suite 500**<br>**Grand Rapids, MI 49503** | **2020 - Debtor provided bankruptcy counsel with various financial records, which counsel either copied or holds in its possession.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **BMO Harris Bank, N.A.**<br>**3925 Fountains Blvd. NE**<br>**Cedar Rapids, IA 52411** |
| 26d.2.    **CSM Financial, LLC**<br>**5100 Eastpark Blvd**<br>**Ste. 210**<br>**Madison, WI 53718** |
| 26d.3.    **Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |
| 26d.4.    **Financial Pacific Leasing Inc.**<br>**3455 S. 344th Way**<br>**Ste. 300**<br>**Auburn, WA 98001** |
| 26d.5.    **First Community Bank**<br>**4455 Cascade Rd. SE**<br>**Grand Rapids, MI 49546-6000** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **DIS Transportation, LLC** _____   Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.6. | **Huntington Bank**<br>**Attn: GW1W34**<br>**5555 Cleveland Ave**<br>**Columbus, OH 43231** |
| 26d.7. | **Quality Leasing**<br>**9830 Bauer Dr.**<br>**Indianapolis, IN 46280** |
| 26d.8. | **Team Financial Group**<br>**650 Three Mile Road**<br>**Suite 200**<br>**Grand Rapids, MI 49544** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amra Tepic** | **2237 Tradition Dr., NE**<br>**Grand Rapids, MI 49505** | **Owner/Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mladen Tepic** | **2237 Tradition Dr., NE**<br>**Grand Rapids, MI 49505** | **President** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **DIS Transportation, LLC**                                          Case number *(if known)*

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. |  |  |  | Payments for salary as owner of Debtor in Possession. Debtor typically pays Amra a salary of $52,000.00; however, from approximately _____ through the Petition Date, Amra waived her salary due to Debtor's financial condition. |
|  | Amra Tepic 2237 Tradition Dr., NE Grand Rapids, MI 49505 | Various Payments for Salary and expense reimbursements in the ordinary course of business in the amount $52,000 annualized salary. | Multiple |  |
|  | Relationship to debtor Owner/Member |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November 10, 2020**

**/s/ Mladen Tepic**                                              **Mladen Tepic**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

| YEAR | WIN # | MAKE | SOLD DATE | Sold Amount | Description |
|------|-------|------|-----------|-------------|-------------|
| **2011** | **1UYVS25348G018706** | **UTILITY** | **6/12/2019** | $9,950.00 | AMC Lease LLC 802 Pellegrino ct Laredo,TX 78045 |
| **2013** | **1GRAA0624DB706513** | **GREAT DANE** | **6/12/2019** | $11,000.00 | |
| **2013** | **1GRAA062XDB706516** | **GREAT DANE** | **6/12/2019** | $11,000.00 | |
| **2013** | **1GRAA0627DB706537** | **HYUNDAI** | **6/12/2019** | $13,500.00 | **Shemeles Kobede Trucking** |
| 2014 | 3H3V532C4ET075071 | HYUNDAI | **6/12/2019** | $14,500.00 | |
| **2013** | **1GRAA0629DB708399** | **GREAT DANE** | **6/12/2019** | $14,000.00 | |
| **2013** | **1GRAA0621DB706517** | **GREAT DANE** | **6/12/2019** | $14,000.00 | |
| **2013** | **1GRAA0627DB708403** | **GREAT DANE** | **6/12/2019** | $14,000.00 | |
| 2015 | 1GRAA0624FK247180 | GREAT DANE | 6/12/2019 | $16,850.00 | Transport Service |
| 2015 | 1GRAA0626FK247181 | GREAT DANE | 6/12/2019 | $16,850.00 | Transport Service |
| 2015 | 1GRAA0628FK247182 | GREAT DANE | 6/12/2019 | $16,850.00 | Transport Service |
| 2015 | 1GRAA0621FK247184 | GREAT DANE | 6/12/2019 | $16,850.00 | Transport Service |
| 2014 | 1GRAA0622EK241764 | GREAT DANE | 11/29/2018 | $20,000.00 | Endalkachew Mekuria 1140 Town Center dr Eagan,MN 55123 |
| 2014 | 1GRAA0624EK236548 | GREAT DANE | 11/29/2018 | Unknown | |
| 2008 | 1GRAA06268W702199 | GREAT DANE | 11/29/2018 | $14,100.00 | RMR Trucks -Guazvan Hana |
| 2015 | 3H3V534C1FT278145 | HYUNDAI | 11/29/2018 | $16,850.00 | Transport Service |
| **2015** | **3H3V532C2FT278008** | **HYUNDAI** | 11/29/2018 | $17,000.00 | **Shemeles Kobede Trucking** |
| **2014** | **5MC125311E5141590** | **MANAC** | 11/29/2018 | $19,000.00 | **Pinnacle agricalture** |
| **2012** | **3H3V532C7CT103068** | **HYUNDAI** | 11/29/2018 | $13,150.00 | **Lammara Celasin** |
| **2015** | **3H3V533C8FT278109** | **HYUNDAI** | 11/29/2018 | **$16,000.00** | **B&S Tire Service-Gerald Tuma** |
| 2019 | 3H3V532COKR148025 | HYUNDAI | 6/25/2019 | $21,000.00 | Max Trailers LLC 953 E Keating Muskegon,MI 49442 |
| 2018 | 3H3V532CXJR390027 | HYUNDAI | 11/21/2019 | $23,500.00 | Adem Trucking 3957 Breton CT Grand Rapids,MI 49508 |
| 2018 | 3H3V532C1JR390028 | HYUNDAI | 11/21/2019 | $23,500.00 | Adem Trucking 3957 Breton CT Grand Rapids,MI 49509 |
| 2008 | 1GRAA06268W702199 | GREAT DANE | 1/4/2019 | $14,900.00 | AVG Transport inc 5114 West Oakdale Chicago,IL 49426 |
| 2018 | 3H3V532C3JR117009 | HYUNDAI | 4/3/2020 | $17,800.00 | Max Trailers LLC 953 E Keating Muskegon,MI 49442 |
| 2018 | 3H3V532C7JR390017 | HYUNDAI | 4/4/2020 | $17,800.00 | Max Trailers LLC 953 E Keating Muskegon,MI 49443 |
| 2018 | 3H3V5332CIJR390045 | HYUNDAI | 4/5/2020 | $17,800.00 | Max Trailers LLC 953 E Keating Muskegon,MI 49444 |
| 2018 | 3H3V5332C3JR390046 | HYUNDAI | 4/6/2020 | $17,800.00 | Max Trailers LLC 953 E Keating Muskegon,MI 49445 |
| 2018 | 3H3V532C5JR390047 | HYUNDAI | 4/7/2020 | $17,800.00 | Max Trailers LLC 953 E Keating Muskegon,MI 49446 |

TRUCKS

| Year | VIN | Make | Date | Amount | Buyer |
|------|-----|------|------|--------|-------|
| 2002 | 1FUJA6CG22PJO2688 | Freightliner | 2/19/2019 | | Sotelos Truck Sale 1701 N 36th ave Stone Park,IL 60165 |
| 2005 | 1FUJBBCG15LN21620 | Freightliner | 02/192019 | | Sotelos Truck Sale 1701 N 36th ave Stone Park,IL 60166 |
| 2004 | 1FUJBBCKX4LN13096 | Freightliner | 7/29/2019 | $6,400.00 | Kip Transportation 201 Rio Grande Dr Crandall.TX 75114 |
| | | | | | |
| 2001 | 4V4NC9JH41N317973 | Volvo | 4/1/2019 | $7,300.00 | Jorge Louis Morales 605 72nd ave apt# 505 Miami,FL 33126 |
| 2005 | 4V4NC9GH85N377704 | Volvo | 6/21/2019 | $3,500.00 | JP Hauling service |
| 2007 | 4V4NC9TJO7N454014 | Volvo | 10/8/2019 | $5,500.00 | Big O Construction Towing and Recovery  att Joshua Alloco |
| 2008 | 4V4NC9GH08N482677 | Volvo | | $5,500.00 | Big O Construction Towing and Recovery  att Joshua Alloco |
| 2007 | 4V4NC9GH97N451054 | Volvo | 12/31/2018 | $7,000.00 | Ibrahim Nada 3946 Cornell aveDearborn Heights MI 48125 |
| 2011 | 4V4NC9EH7BN534705 | Volvo | 1/16/2019 | $21,500.00 | ITL Group INC 1400 S Wolf RD Whelling,IL 60090 |

# United States Bankruptcy Court
## Western District of Michigan

In re   **DIS Transportation, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amra Tepic**<br>**2237 Tradition Dr., NE**<br>**Grand Rapids, MI 49505** | | | **100% Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 10, 2020**

Signature   **/s/ Mladen Tepic**

**Mladen Tepic**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re **DIS Transportation, LLC**                                      Case No.
                                              Debtor(s)         Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **November 10, 2020**                      **/s/ Mladen Tepic**

                                          **Mladen Tepic**/**President**
                                          Signer/Title

```
62B JUDICIAL DISTRICT COURT
4740 WALMA AVE SE
CASE NO. 20-5437-GC
GRAND RAPIDS MI 49512


AMRA TEPIC
2237 TRADITION DR., NE
GRAND RAPIDS MI 49505


AMRA TEPIC
2237 TRADITION DR. NE
GRAND RAPIDS MI 49505


AMRA TEPIC
GRAND RAPIDS MI 49505



BEST-ONE FLEET SERVICE
1101 73RD ST., SW
BYRON CENTER MI 49315


BMO HARRIS BANK, N.A.
3925 FOUNTAINS BLVD. NE
CEDAR RAPIDS IA 52411


CIT BANK, N.A.
ATTN: BRIAN KNOX
155 COMMERCE WAY
PORTSMOUTH NH 03081


COMCAST
41112 CONCEPT DR
PLYMOUTH MI 48170


COMPASS FUNDING SOLUTIONS
115 55TH ST.
STE. 301
CLARENDON HILLS IL 60514


CONLAN TIRE CO.
12225 STEPHENS RD.
WARREN MI 48089
```

CONSUMERS ENERGY
BANKRUPTCY DEPT.
4600 COOLIDGE HWY
ROYAL OAK MI 48073


CSM FINANCIAL, LLC
5100 EASTPARK BLVD
STE. 210
MADISON WI 53718


DIRECT CAPITAL
155 COMMERCE WAY
PORTSMOUTH NH 03801


DIS EXPRESS, LLC
3636 EAST PARIS AVE.
GRAND RAPIDS MI 49512


DIS REAL ESTATE LLC
3636 EAST PARIS AVE., SE
GRAND RAPIDS MI 49512


DIS REAL ESTATE, LLC
3636 EAST PARIS AVE.
GRAND RAPIDS MI 49512


DTE ENERGY
3200 HOBSON ST
DETROIT MI 48201


FINANCIAL PACIFIC LEASING INC.
3455 S. 344TH WAY
STE. 300
AUBURN WA 98001


FIRST COMMUNITY BANK
4455 CASCADE RD. SE
GRAND RAPIDS MI 49546-6000


FRANK COUTALUNO
2565 RIVER RD
TWIN LAKE MI 49457

```
GALE PLUMBING & HYDRONICS, INC
2945 HILLCROFT AVE SW
GRAND RAPIDS MI 49548


HUNTINGTON BANK
ATTN: GW1W34
5555 CLEVELAND AVE
COLUMBUS OH 43231


HUNTINGTON BANK
ATTN.: GW1W34
5555 CLEVELAND AVE
COLUMBUS OH 43231


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


JUAN ORTEGA
3412 6TH ST SW
LEHIGH ACRES FL 33976


M2M IN MOTION INC.
1920 S. HIGHLAND AVE.
STE. 120
LOMBARD IL 60148


M6 TRUCK & TRAILER REPAIR
3636 EAST PARIS AVE., SE
GRAND RAPIDS MI 49512


MCCARTHY, BURGESS & WOLFF
26000 CANNON RD.
BEDFORD OH 44146


MI DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48909


MICHIGAN ATTORNEY GENERAL
ATTN: MIKE BELL
PO BOX 30212
LANSING MI 48909
```

```
NEC FINANCIAL SERVICES
24189 NETWORK PLACE
CHICAGO IL 60673-1241


NEW YORK STATE
DEPARTMENT OF TAXATION AND FIN
C/O NYS ASSESSMENT RECEIVABLES
BINGHAMTON NY 13902-4127


PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177


PRIME LEASING
3705 LINDEN AVE., SE
GRAND RAPIDS MI 49548


PROGRESSIVE INSURANCE
C/O NCO FINANCIAL / 99
PO BOX 15636
WILMINGTON DE 19850


QUALITY LEASING
9830 BAUER DR.
INDIANAPOLIS IN 46280


SAFET HUBLJAR
4721 EASTERN AVE SE
KENTWOOD MI 49508-7537


SALKO ADANALIC
3302 PINE MEADOW DR SE
KENTWOOD MI 49512


SPRINT SOLUTIONS, INC.
12524 SUNRISE VALLEY DR
RESTON VA 20191-3438


STATE SPRING ALIGNMENT
7349 DIVISION AVE., S
GRAND RAPIDS MI 49548
```

```
TEAM FINANCIAL GROUP
650 THREE MILE ROAD
SUITE 200
GRAND RAPIDS MI 49544


THE GOODYEAR TIRE
1228 INGLE RD.
WAYLAND MI 49348


US ATTORNEY'S OFFICE
ATTN: DONNA JUSTICE
330 IONIA AVE NW SUITE 501
GRAND RAPIDS MI 49503


VERIZON
PO BOX 489
NEWARK NJ 07101-0489


WELTMAN, WEINBERG & REIS
2155 BUTTERFIELD DR
SUITE 200-S
TROY MI 48084


ZARKO SIMIC
1485 PENNCROSS DR
CALEDONIA MI 49316
```

# United States Bankruptcy Court
## Western District of Michigan

In re  **DIS Transportation, LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **DIS Transportation, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 10, 2020**

Date

**/s/ Steven M. Bylenga**

**Steven M. Bylenga P73492**

Signature of Attorney or Litigant

Counsel for   **DIS Transportation, LLC**

**Chase Bylenga Hulst, PLLC.**

**25 Division Avenue S.**
**Suite 500**
**Grand Rapids, MI 49503**
**616-608-3061 Fax:616-719-3782**
**nikki@chasebylenga.com**

## DIS Transportation, LLC

### Consent Resolution to file Chapter 11 Reorganization

WHEREAS, the Member has reviewed the financial situation of DIS Transportation, LLC., a Michigan limited liability company ("Company") and discussed alternatives for continued operation of the Company as a going concern; and

WHEREAS, the Member has been advised by counsel to the Company regarding the various methods available to the Company for restructuring its financial affairs or winding down its business affairs and liquidating the Company's assets, including filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Member has determined that it is in the best interests of the Company, its creditors, member, employees, and other interested parties, that the Company attempt to restructure its financial affairs under the provisions of Chapter 11 of the Bankruptcy Code based on the Member's analysis of each of the other alternatives and management's recommendations with respect thereto; and

WHEREAS, the Member wishes to authorize the officers of the Company to take certain actions in connection with commencing and prosecuting a Chapter 11 case, including filing a voluntary petition for relief under the provisions of the Chapter 11 of the Bankruptcy Code and causing a Plan of Reorganization to be prepared for consideration and approval by the Company's creditors, member, and the Bankruptcy Court.

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, member, employees, and other interested parties, that the Company commence a Chapter 11 case by filing a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED that Mladen Tepic, the President of the Company (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Michigan in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 11 case, with a view to successful prosecution of the case; and it is

FURTHER RESOLVED that the law firm of Chase Bylenga Hulst, PLLC, with offices at 25 Division S., Suite 500, Grand Rapids, Michigan 49503 be, and hereby is, employed as attorneys for the Company under an Engagement Letter and pursuant to such other terms and conditions as the Authorized Officer may determine and as set forth in a written retainer agreement; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to take such action as may reasonably be required to settle or reduce the claims of creditors of the Company and/or receive value from the use or sale of the Company's assets prior to the commencement of the Company's Chapter 11 case; and it is

FURTHER RESOLVED that the Authorized Officer shall, with the assistance of counsel, enter into discussions with creditors of the Company with respect to the terms and conditions of an acceptable Plan of Reorganization, which Plan shall be submitted to the Member for review and approval, and take such actions as may be required to obtain the approval of such Plan by the Company's creditors, member, and the Bankruptcy Court (including, without limitation, preparation of an adequate Disclosure Statement); and it is

FURTHER RESOLVED that upon confirmation of the Plan of Reorganization the officers of the Company shall take such actions as may be reasonably required in order for the Company to perform its obligations under such Plan, including entering into such agreements with creditors of the Company as may be necessary to restructure any outstanding obligations of the Company to such creditors; and it is

FURTHER RESOLVED that the officers of the Company shall render regular reports to the Member regarding the progress of the Chapter 11 case and that the officers and the Member shall continue to meet on a regular basis during the Chapter 11 case to discharge its duties as the debtor-in-possession of the Company's assets.

Dated:  10/26/2020

By:  _Amra Tempic_

Amra Tempic
Sole Member, DIS Transportation, LLC